IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLORADO

Civil Action No. 05-cv-01889-AP

MORRIS R. JIRON,

        Plaintiff,

  v.

JO ANNE B. BARNHART, Commissioner of Social Security,

        Defendant.

**JOINT CASE MANAGEMENT PLAN FOR SOCIAL SECURITY CASES**

**1. APPEARANCES OF COUNSEL AND *PRO SE* PARTIES**

For Plaintiff:
Frederick W. Newall, Esq.
730 N. Weber St., Suite 101
Colorado Springs, CO 80903
(719) 633-5211
(719) 635-6503 (fax)

For Defendant:
THOMAS H. KRAUS
Special Assistant United States Attorney

*Mailing Address:*
1961 Stout Street, Suite 1001A
Denver, Colorado  80294
(303) 844-0017
(303) 844-0770 (fax)

*Street Address:*
1225 Seventeenth Street, Suite 700
Denver, Colorado 80202
(303) 454-0100

**2. STATEMENT OF LEGAL BASIS FOR SUBJECT MATTER JURISDICTION**

The Court has jurisdiction based on section 205(g) of the Social Security Act, 42 U.S.C. 405(g).

**3. DATES OF FILING OF RELEVANT PLEADINGS**

    **A.**    **Date Complaint Was Filed: 9/29/05**

    **B.**    **Date Complaint Was Served on U.S. Attorney's Office: 10/11/05**

    **C.**    **Date Answer and Administrative Record Were Filed: 12/12/05**

**4. STATEMENT REGARDING THE ADEQUACY OF THE RECORD**

**There are no issues with the accuracy or completeness of the administrative record.**

**5. STATEMENT REGARDING ADDITIONAL EVIDENCE**

**None anticipated.**

**6. STATEMENT REGARDING WHETHER THIS CASE RAISES UNUSUAL CLAIMS OR DEFENSES**

**This case does not involve unusually complicated or out-of-the-ordinary claims.**

**7. OTHER MATTERS**

**None.**

**8. PROPOSED BRIEFING SCHEDULE**

    **A.**    **Plaintiff's Opening Brief Due:  February 9, 2006.**

    **B.**    **Defendant's Response Brief Due:  March 14, 2006.**

    **C.**    **Plaintiff's Reply Brief (If Any) Due:  March 28, 2006.**

**9. STATEMENTS REGARDING ORAL ARGUMENT**

    **A.**    **Plaintiff's Statement:  Oral Argument not requested.**

    **B.**    **Defendant's Statement:  Oral Argument not requested.**

**10. CONSENT TO EXERCISE OF JURISDICTION BY MAGISTRATE JUDGE**

    **A.**    **(  ) All parties have consented to the exercise of jurisdiction of a United States Magistrate Judge.**

    **B.**    **(X) All parties have not consented to the exercise of jurisdiction of a United States Magistrate Judge.**

**11. OTHER MATTERS**

THE PARTIES FILING MOTIONS FOR EXTENSION OF TIME OR CONTINUANCES MUST COMPLY WITH D.C.COLO.LCivR 7.1(C) BY SUBMITTING PROOF THAT A COPY OF THE MOTION HAS BEEN SERVED UPON THE <u>MOVING ATTORNEY'S CLIENT</u>, ALL ATTORNEYS OF RECORD, AND ALL PRO SE PARTIES.

**12. AMENDMENTS TO JOINT CASE MANAGEMENT PLAN**

*The parties agree that the Joint Case Management Plan may be altered or amended only upon a showing of <u>good cause</u>.*

DATED this   13th   day of January  , 2006.

BY THE COURT:

   **s/John L. Kane**

U.S. DISTRICT COURT JUDGE

APPROVED:

UNITED STATES ATTORNEY

s/Frederick W. Newall
By: Frederick W. Newall, Esq., #10269
730 N. Weber St., Suite 101
Colorado Springs, CO 80903
(719) 633-5211
(719) 635-6503 (fax)
newallfrederickw@qwest.net

Attorney for Plaintiff

s/Thomas H. Kraus
By: THOMAS H. KRAUS
Special Assistant U.S. Attorney

*Mailing Address:*
1961 Stout St., Suite 1001A
Denver, Colorado  80294
Telephone:  (303) 844-0017
tom.kraus@ssa.gov

*Street Address:*
United States Attorney's Office
1225 Seventeenth Street, Suite 700
Denver, Colorado  80202
Telephone:  (303) 454-0100

Attorney for Defendant(s)

Please affix counsel's signatures and any *pro se* party's signatures before submission of the proposed Joint Case Management Plan to the court.