UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLORADO

Civil Action No. 05-cv-01889-WYD

MORRIS J. JIRON,

    Plaintiff,

v.

MICHAEL J. ASTRUE, Commissioner of Social Security,

    Defendant.

_____

**MINUTE ORDER**
_____

ORDER ENTERED BY JUDGE WILEY Y. DANIEL

    Plaintiff's Unopposed Motion to Change Administrative Law Judge Upon Remand is **GRANTED**.  A new Administrative Law Judge shall be assigned to this case on remand.

    Dated September 6, 2007