UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLORADO
**Judge Wiley Y. Daniel**

Civil Action No. 05-cv-01889-WYD

MORRIS J. JIRON,

    Plaintiff,

v.

MICHAEL J. ASTRUE, Commissioner of Social Security,

    Defendant.

_____

**ORDER**
_____

THIS MATTER is before the Court on Plaintiff's Unopposed Motion for Attorney Fees Under EAJA (filed June 12, 2007). The motion requests fees in the amount of $5,594.40 to be paid to Plaintiff's attorney calculated at the rate of $168.00 per hour for 33.30 hours of work. The motion further states that Defendant does no oppose the motion.

Having reviewed the motion, I find that an award of fees under the Equal Access to Justice Act is proper and that Plaintiff's motion should be granted. Accordingly, it is

ORDERED that Plaintiff's Unopposed Motion for Attorney Fees Under the EAJA is **GRANTED**. In accordance therewith, it is

ORDERED that attorney fees are awarded in the amount of $5,594.40, payable to Plaintiff's attorney Frederick W. Newall in care of the Plaintiff.

Dated May 28, 2008

                              BY THE COURT:

                              s/ Wiley Y. Daniel
                              Wiley Y. Daniel
                              U. S. District Judge